# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01120-JVS (ANx) | Date | August 21, 2012 |
| Title | The Young Americans Inc v. Damien Smith, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)
   Order to Show Cause re Sanctions

   The Court ORDERS the defendant, **Damien Smith**, to Show Cause, in writing, not later than August 31, 2012, why sanctions should not be imposed for failure to comply with the Court's Order of February 14, 2012 requiring "plaintiff and defendants to file a stipulation of dismissal within 10 days of plaintiff receiving a satisfactory report.."

   The filing of the indicated stipulation of dismissal shall be an adequate response to the Order to Show Cause.

|  |  | 0 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | kjt | | |