# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SACV 11-1120 JVS (ANx) |
| Date | February 27, 2013 |
| Title | The Young Americans Inc. v. Damien Smith, et al. |

Present: The Honorable  James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)   Order to Show Cause Re Dismissal**

The Court ORDERS the defendant, Damien Smith, to Show Cause, in writing, not later than March 14, 2013, why this action should not be dismissed for railure to comply with the Court's Order fo February 14, 2012 requiring "plaintiff and defendants to file a stipulation of dismissal within 10 days of plaintiff receiving a satisfactory report..."

The filing of the indicated stipulation of dismissal shall be an adequate response to the Order to Show Cause.

If the defendant does not respond , by the indicated date, counsel for plaintiff shall prepare, serve and submit a proposed order of dismissal not later than March 21, 2013.

|   | : | 00 |
|---|---|---|
|   | Initials of Preparer | kjt |